# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Curtis A. Jennings, III, an individual

                V.                        **JUDGMENT IN A CIVIL CASE**

U-Haul International, an Arizona corporation;
Americo Financial Life Annuity Insurance Company,
a holdings company for U-Haul International; Doe       **CASE NUMBER:**    11CV1529-BTM-CAB
Entities 1 through 20; Does 1 through 10, Inclusive

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the court Dismisses this case without prejudice.

| August 11, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON August 11, 2011 |

11CV1529-BTM-CAB